UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                            Criminal No. 06-cr-18-PB

**Avery Blodgett, et. al.**


                           **O R D E R**

   The defendant has moved to continue the April 4, 2006 trial in the above case, citing newly appointed counsel and the need for additional time to complete discovery.  The government does not object to a continuance of the trial date.

   Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from April 4, 2006 to September 6, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The March 22, 2006 final pretrial conference is continued until August 29, 2006 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

March 22, 2006

cc: William Christie, Esq.
    Donald Feith, AUSA
    Richard Foley, Esq.
    United States Probation
    United States Marshal