**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>**United States of America**</u>

     **v.**                                            Case No. 06-cr-18-02-PB

<u>**Avery Blodgett, et al.**</u>


<u>**O R D E R**</u>


The defendant, through counsel, has moved to continue the September 6, 2006 trial in the above case, citing the need for additional time to review additional discovery not yet produced by the government and prepare a defense.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 6, 2006 to December 5, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the

best interests of the public and the defendants in a speedy

trial.

     The August 29, 2006 final pretrial conference is continued

to November 28, 2006 at 4:30 p.m.

     SO ORDERED.


                                   /s/Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

August 11, 2006

cc:  William Christie, Esq.
     Richard Foley, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal