**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                         Case No. 06-CR-18-02-PB

**Avery Blodgett**

**O R D E R**

The court finds reasonable cause to believe that the defendant may presently be suffering from a mental disease that could affect his sentence, and with the consent of the parties, the court commits the defendant to the custody of the Bureau of Prisons for a period not to exceed 45 days to be placed at the correctional facility at Ft. Devens, Massachusetts and examined by a qualified psychiatrist.  Following such examination, the psychiatrist shall prepare a report to be filed under seal addressing the defendant's competency.  This report shall also take into account any medications the defendant is currently taking.

    SO ORDERED.

                                      /s/Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

December 22, 2006

cc:  Glenn Geiger, Jr., Esq.
     Donald Feith, AUSA
     Richard Foley, Esq.
     United States Probation
     United Sates Marshal